IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:15-CR-3010 |
| vs. | ORDER |
| SERGIO VALENCIA, SR., | |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's Unopposed Motion to Continue Sentencing (filing [177](#)) is granted.

2. Defendant Sergio Valencia, Sr.'s sentencing is continued to May 30, 2017, at 11:30 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 25th day of April, 2017.

BY THE COURT:

_____
John M. Gerrard
United States District Judge