IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:15-CR-3010 |
| vs. | |
| SERGIO VALENCIA, SR., | ORDER |
| Defendant. | |

IT IS ORDERED that the "Defendant's OBJECTION to this Court's Order of 8/21/2017 (Doc #224), and Clarification of Request" (filing 225) is denied.

BY THE COURT:

John M. Gerrard
United States District Judge