IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,                                    4:15-CR-3010

vs.                                           JUDGMENT

SERGIO VALENCIA, SR.,

Defendant.

For the reasons stated in the accompanying Memorandum and Order, the defendant's motion to vacate under 28 U.S.C. § 2255 (filing 237) is denied.

Dated this 16th day of May, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge