IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:15-CR-3010 |
| vs. | ORDER |
| SERGIO VALENCIA, SR., | |
| Defendant. | |

The defendant has filed a motion to appoint counsel (filing 263) for purposes of seeking relief under U.S.S.G. Amend. 821, made retroactive by U.S.S.G. Amend. 825. Pursuant to Gen. Order 2023-09, the Office of the Federal Public Defender for the District of Nebraska is being appointed to determine who is entitled to relief under those provisions, and to file any appropriate motion for relief. Accordingly,

IT IS ORDERED:

1. The defendant's motion to seal (filing 261) is granted.

2. The defendant's motion to appoint counsel (filing 263) is granted.

3. The defendant's *pro se* motion to reduce sentence (filing 260) will be held in abeyance pending action by the Federal Public Defender.

Dated this 5th day of February, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge